■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESTINY DOLL, Appellant. [924 NYS2d 914]—Appeal by the defendant, as limited by her motion, from a sentence of the County Court, Suffolk County (Hinrichs, J.), imposed October 26, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Dillon, J.P., Dickerson, Hall and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEARLEY FELDER, Appellant. [923 NYS2d 867]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Asher, J.), rendered March 8, 2010, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Dickerson, Hall, Austin and Miller, JJ., concur.